UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                          :
                                                :       Chapter 11
Alexander Gallo Holdings, LLC,[1]               :
                                                :
                Debtor.                         :       Case No. 11- 14220 (ALG)
                                                :
-------------------------------------------------------x
In re:                                          :
                                                :       Chapter 11
Set Depo, LLC,                                  :
                                                :
                Debtor.                         :       Case No. 11- 14234 (ALG)
                                                :
-------------------------------------------------------x
In re:                                          :
                                                :       Chapter 11
AG/Sanction LLC,                                :
                                                :
                Debtor.                         :       Case No. 11- 14223 (ALG)
                                                :
-------------------------------------------------------x
In re:                                          :
                                                :       Chapter 11
Unlimited Languages, Inc.,                      :
                                                :
                Debtor.                         :       Case No. 11- 14235 (ALG)
                                                :
-------------------------------------------------------x
In re:                                          :
                                                :       Chapter 11
The Hobart West Group, Inc.,                    :
                                                :
                Debtor.                         :       Case No. 11- 14226 (ALG)
                                                :
-------------------------------------------------------x

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Alexander Gallo Holdings, LLC (4040); Set Depo, LLC (4236); AG/Sanction LLC (2187); Unlimited Languages, Inc. (7755); The Hobart West Group, Inc. (9849); Deponet, LLC (0336); Esquire Deposition Services, LLC (9684); Esquire Litigation Solutions, LLC (0947); Esquire Solutions, LLC (9382); Hobart West Solutions, LLC (6005); and D-M Information Systems, Inc. (3504).

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| Deponet, LLC, | : | |
| | : | |
| Debtor. | : | Case No. 11- 14227 (ALG) |
| | : | |

------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| Esquire Deposition Services, LLC, | : | |
| | : | |
| Debtor. | : | Case No. 11- 14225 (ALG) |
| | : | |

------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| Esquire Litigation Solutions, LLC, | : | |
| | : | |
| Debtor. | : | Case No. 11- 14228 (ALG) |
| | : | |

------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| Esquire Solutions, LLC, | : | |
| | : | |
| Debtor. | : | Case No. 11- 14229 (ALG) |
| | : | |

------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| Hobart West Solutions, LLC, | : | |
| | : | |
| Debtor. | : | Case No. 11- 14230 (ALG) |
| | : | |

------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| D-M Information Systems, Inc., | : | |
| | : | |
| Debtor. | : | Case No. 11- 14224 (ALG) |
| | : | |

------------------------------------------------------x

## ORDER PURSUANT TO FED. R. BANKR. P. 1015(b) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the Motion,[2] dated September 7, 2011, of Alexander Gallo Holdings, LLC and certain of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of an order directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having provided notice of the Motion and Hearing (as defined below) to the Notice Parties; and the Court having held a hearing to consider the requested relief (the "Hearing"); and upon the record of the Hearing, and all of the proceedings before the Court, the Court finds and determines that the requested relief is in the best interests of the Debtors, their estates, creditors, and all other parties in interest; the Debtors have provided due and proper notice of the Motion and Hearing and no further notice is necessary; the legal and factual bases set forth in the Motion establish just and sufficient cause to grant the requested relief herein; it is hereby

**ORDERED, DECREED, AND ADJUDGED THAT**:

1. The Motion is granted as provided herein.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 11- 14220 (ALG).

3. The caption of the jointly administered cases shall read as follows:

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                   :      Chapter 11
                                         :
ALEXANDER GALLO HOLDINGS,                :      Case No. 11- 14220 (ALG)
LLC, et al.,                             :
                                         :      (Jointly Administered)
            Debtors.                     :
--------------------------------------------------------x
```

4. A docket entry shall be made in each of the above-captioned chapter 11 cases substantially as follows:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Alexander Gallo Holdings, LLC; Set Depo, LLC; AG/Sanction LLC; Unlimited Languages, Inc.; The Hobart West Group, Inc.; Deponet, LLC; Esquire Deposition Services, LLC; Esquire Litigations Solutions, LLC; Esquire Solutions, LLC; Hobart West Solutions, LLC; and D-M Information Systems, Inc.. The docket in Case No. 11- 14220 (ALG) should be consulted for all matters affecting this case.

5. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases.

6. The Debtors shall be permitted to file their monthly operating reports required by the U.S. Trustee Operating Guidelines on a consolidated basis; <u>provided</u>, <u>however</u>, that the Debtors shall list disbursements separately for each individual Debtor.

7. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry.

8. The Debtors are authorized and empowered to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: September 9, 2011
      New York, New York

                                        */s/ Allan L. Gropper*
                                      UNITED STATES BANKRUPTCY JUDGE