```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                              Chapter 11
In re

ALEXANDER GALLO HOLDINGS, LLC et                              Case no. 11-14220 (ALG)
al.,
                                                              (Jointly Administered)

                           Debtors.

------------------------------------------------------------ x
```

# APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Tracy Hope Davis, the United States Trustee for Region 2, under 11 U.S.C. sections 1102(a) and (b), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of *Alexander Gallo Holdings, LLC*, *et al.*:

1. Aptara, Inc.
   3110 Fairview Park Drive
   Suite 900
   Falls Chruch, Virginia 22042
   tel: 703-891-4260
   Attn: Gearoid E. Moore, Esq.

2. Receivable Management Services
   307 International Circle, Suite 270
   Hunt Valley, Maryland 21030
   tel: 410-773-4040
   Attn: Steven D. Sass, Esq.

3. Harvest Equity Partners, as Agent for Winston Noteholders, LLC
   10 South Liberty Street
   Middleburg, Virginia 20118-1960
   tel: 540-687-5583
   Attn: A. Scott Andrews

Dated: New York, New York
       September 15, 2011

                    Respectfully submitted,

                    TRACY HOPE DAVIS
                    UNITED STATES TRUSTEE

By: */s/ Nazar Khodorovsky*
     Nazar Khodorovsky
     Trial Attorney
     33 Whitehall Street, 21st Floor
     New York, New York 10004-2112
     Tel. No. (212) 510-0500
     Fax. No. (212) 668-2255