Thomas R. Califano
Jeremy R. Johnson
Daniel G. Egan
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Attorneys for Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ALEXANDER GALLO HOLDINGS, LLC, *et al.*,[1] | : | Case No. 11-14220 |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

------------------------------------------------------x

# NOTICE OF CANCELLATION OF
# AUCTION AND SUCCESSFUL BIDDER

**PLEASE TAKE NOTICE** that pursuant to the *Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Approving Auction and Bidding Procedures in Connection With the Sale of Substantially all of the Debtors' Assets, (II) Authorizing Entry Into a Stalking Horse Agreement and Approving Stalking Horse Protections, (III) Approving Procedures Related to the Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Scheduling Auction and Sale Approval Hearing, (V) Approving the Form and Manner of Sale Notice, and (VI) Granting Related Relief* (the "Bidding Procedures Order") (Doc. No. 144), the deadline for

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Alexander Gallo Holdings, LLC (4040); Set Depo, LLC (4236); AG/Sanction LLC (2187); Unlimited Languages, Inc. (7755); The Hobart West Group, Inc. (9849); Deponet, LLC (0336); Esquire Deposition Services, LLC (9684); Esquire Litigation Solutions, LLC (0947); Esquire Solutions, LLC (9382); Hobart West Solutions, LLC (6005); and D-M Information Systems, Inc. (3504).

submitting competing bids for the Acquired Assets[2] was November 4, 2011 at 5:00 p.m. (prevailing Eastern Time) (the "Bid Deadline").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, an auction for the assets was scheduled for November 7, 2011 at 9:30 a.m. (the "Auction").

**PLEASE TAKE FURTHER NOTICE** that no competing bids were received for the Acquired Assets prior to the Bid Deadline and the Debtors hereby give notice of the cancellation of the Auction.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, the Stalking Horse Bidder has been selected as the Successful Bidder.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held before the Honorable Allan L. Gropper of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004, Courtroom 617, on November 8, 2011 at 2:30 p.m. (prevailing Eastern Time) at which the Debtors will seek approval of the Successful Bid.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time-to-time without further notice other than by announcement of such adjournment at the Hearing.

Dated: November 7, 2011
    New York, New York

/s/ Thomas R. Califano
Thomas R. Califano
Jeremy R. Johnson
Daniel G. Egan
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone:   (212) 335-4500
Facsimile:   (212) 335-4501

*Attorneys for the Debtors and Debtors in Possession*

---

[2] Terms not defined herein shall have the meaning ascribed to them in the Bidding Procedures Order.